```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
CARLOS DEL ROSARIO,

                    Plaintiff,
                                                ORDER

          - against -                           13-CV-1748 (MKB)(MDG)

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS AFL-CIO, LOCAL 3, et al.,

                    Defendants.
- - - - - - - - - - - - - - - - - - X
```

    Plaintiff has moved for leave to amend the complaint to add claims against defendants under the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et seq. See ct. doc. 35. Rule 15(a) of the Federal Rules of Civil Procedure provides that the Court should freely grant leave to amend a pleading when justice so requires. See Zenith Radio Corp. v. Hazeltine Research, Inc., 401 U.S. 321 (1971); Andersen News, LLC v. American Media, Inc., 680 F.3d 162, 185 (2d Cir. 2012). There being no opposition to the motion and the Court finding that there has been no undue delay, bad faith or prejudice to the other parties, the motion is granted. See Friedl v. City of New York, 210 F.3d 79, 87 (2d Cir. 2000); Block v. First Blood Association, 988 F.2d 344, 350 (2d Cir. 1993). The plaintiff is directed to serve and file the amended complaint attached as an exhibit to his motion (ct. doc. 36-1) by October 18, 2013.

    **SO ORDERED.**

Dated:    Brooklyn, New York
           October 15, 2013

                                              /s/
                                        MARILYN DOLAN GO
                                        UNITED STATES MAGISTRATE JUDGE